UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x

In re

                                                        Chapter

JERRY W. SMITH,                                    Case No. 23-22928 (SHL)

                Debtor.

------------------------------------------------------------------x

# APPLICATION TO EMPLOY
# WILLIAMS LLP AS COUNSEL FOR DEBTOR

Jerry W. Smith, Debtor and Debtor-in-Possession, requests that the Court enter an Order authorizing the employment of Williams LLP and T. Edward Williams, Esq., as counsel under a general retainer on the terms and conditions described in this Application.

1.   The Debtor filed a Petition for Relief under Chapter 11 of Title 11, United States Code on 12 December 2023, and operates as a Debtor-in-Possession.

2.   The Bronson Law Offices, P.C. currently represents Debtor, but Debtor now seeks to be represented by a firm other than The Bronson Law Offices, P.C.

3.   Debtor seeks to employ Williams LLP as counsel, subject to the approval of the Bankruptcy Court to continue to represent and advise the Debtor on all matters arising in or related to this Chapter 11 proceeding.

4.   The Debtor has selected Williams LLP has 15 years of experience in representing debtors and creditors in bankruptcy matters and because Williams LLP specifically has substantial experience in matters relating to insolvency, reorganization, and bankruptcy law, and has

appeared in the Bankruptcy Court for the Southern and Eastern Districts of New York, in the Bankruptcy Court for the District of Colorado, and in the Bankruptcy Court for the District of Utah, in the Bankruptcy Court for the Western District of Michigan, in the Bankruptcy Court for the District of Delaware, among other courts, in previous cases involving debtors-in-possession.

5. The professional services to be rendered by Williams LLP are as follows:
   a. To give the Debtor legal advice with respect to his powers and duties as Debtor-in-Possession in the management of his property;
   b. To prepare on behalf of your applicant as Debtor-in-Possession, necessary applications, answers, orders, reports, and other legal papers;
   c. To prepare a disclosure statement and a plan of reorganization, and obtain approval of the disclosure statement and the plan or plans of reorganization;
   d. To perform other legal services for Debtor as Debtor-in-Possession which may be necessary herein; that it is necessary for Debtor as Debtor-in-Possession to employ an attorney for such professional services.
   e.

6. To the best of the Debtor's knowledge, neither Your Declarant nor his firm, Williams LLP, has connections with any other parties in interest or their respective attorneys in this proceeding. Filed herewith is the Declaration of attorney T. Edward Williams, Esq., averring that there are no connections with the Debtor's creditors and parties in interest in this case.

7. Your application desires to employ Williams LLP under a general retainer because of the extensive legal services needed, including preparing a disclosure statement, presenting a plan of reorganization, and resolving certain thorny issues related to real property law.

8. Williams LLP and T. Edward Williams, Esq. represent no interest adverse to Debtor as Debtor-in-Possession or to the estate in the matters on which it is engaged by Debtor as

Debtor-in-Possession, and its employment would be in the best interest of this estate. *See Bank Brussels Lambert v. Coan (In re Arochem Corp.)*, 176 F.3d 610, 621 (2d Cir. 1999); *see also*, Affidavit of T. Edward Williams, Esq. in support of Application to Employ.

9. Your applicant is informed that the current hourly rates in effect for the attorneys at Williams LLP are as follows:

T. Edward Williams, Esq.                    2010                    $425

10. Paralegal services are billed at $180.00 per hour. Williams LLP understands and agrees to keep detailed records of the services it renders on the Debtor's behalf, itemized to the 1/10th on an hour, and understands and agrees that the compensation for its services is subject to approval of this Court.

**WHEREFORE**, your applicant prays that he be authorized to employ and appoint Williams LLP under general retainer to represent him as Debtor-in-Possession in this proceeding under Chapter 11 of Title 11, United States Code, and that he have any other further relief that is just.

DATED: New York, New York
13 February 2025

**Respectfully submitted**,

By: /s/ T. Edward Williams
T. Edward Williams
WILLIAMS LLP
45 Rockefeller Plaza 20th FL.
New York, New York 10111
Telephone: 212.417.0430

edward@williamsllp.com

**EXHIBIT A**
(DECLARATION OF T. EDWARD WILLIAMS, ESQ.)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

In re

                                        Chapter

JERRY W. SMITH,                         Case No. 23-22928 (SHL)

           Debtor.

---------------------------------------------------------------x

## DECLARATION OF T. EDWARD WILLIAMS, ESQ.

I, T. EDWARD WILLIAMS, ESQ., consistent with 28 U.S.C. § 1746, hereby declare that the following is true and correct to the best of my knowledge, information, and belief:

1. Your Declarant has personal knowledge of all facts stated in this Declaration.

2. Your Declarant has practiced law for 15 years and he is licensed to practice before this Court. Your affiant is the owner of Williams LLP with its principal office at 45 Rockefeller Plaza 20th FL. New York, New York 10111.

3. Your Declarant submits this Declaration in connection with the Application to Employ ("Application") of Jerry W. Smith as debtor and debtor in possession in the above captioned Chapter 11 case for authority to employ and retain Williams LLP at his attorney in the above-captioned matter at Williams LLP's reduced hourly rate in effect from time to time and in accordance with Williams LLP's reimbursement policies in compliance with sections 327(a), 328(A), 329, and 504 of title 11 of the United States Code (the "Bankruptcy Code") and Rules 2014-1 and 2016–1 of the Local Rules of Bankruptcy Practice for the Southern District

of New York (the "Local Rules"). If Your Declarant must amend any representation made in connection with this Application, Your Declarant will provide a supplemental declaration to make all corrections as needed.

4. Neither Your Declarant nor his firm, Williams LLP, nor anyone else who has been involved with Williams LLP in an of counsel capacity has represented Debtor. Also, neither Your Declarant, Williams LLP, nor any other individual associated with Williams LLP in the of counsel capacity represents any party in interest in this Chapter 11 case.

5. Neither Your Declarant nor his firm, Williams LLP has any connection to the Debtor and Your Declarant and Williams LLP does not: (i) own any debt or equity securities in Debtor or in entities owned by Debtor or individuals related to Debtor; (ii) hold a claim against or interest adverse to Debtor; (iii) are or were relatives of Debtor; (iv) are or related to or have any connections to anyone working in the Office of the U.S. Trustee. In short, Your Declarant is disinterested, as that term defined. *See Bank Brussels Lambert v. Coan (In re Arochem Corp.)*, 176 F.3d 610, 621 (2d Cir. 1999).

6. Your Declarant and his firm are not creditors of Debtor. Before filing this Application, Williams LLP received $7,000.00 for professional services related to understanding the state court proceeding, reviewing the bankruptcy files, exploring avenues for a plan of reorganization, advising on the issues related to the pending adequate protection motion. Your Declarant will bill this matter on an hourly basis at its usual hourly rate. Your Declarant usual hourly rate is $425.00, and $180.00 for paralegals and paraprofessionals.

7. Your Declarant and his firm intend to seek reimbursement for expenses incurred in the usual course of representing Debtor, such as costs of electronic legal research, staff overtime, transcript fees, and similar reimbursements.

8. Your Declarant and his firm will not make or seek compensation other than in accordance with the Bankruptcy Code.

9. For all these reasons, Your Declarant and his firm, Williams LLP, constitute the representations necessary as to employment as counsel for Debtor.

10. Your Declarant declares under penalty of perjury that, to the best of my knowledge and after reasonable inquiry, the above is true and correct.

DATED: New York, New York
         13 February 2025

**Respectfully submitted**,

By: /s/ T. Edward Williams
T. Edward Williams
WILLIAMS LLP
45 Rockefeller Plaza 20th FL.
New York, New York 10111
Telephone: 212.417.0430
edward@williamsllp.com

**EXHIBIT B**
(PROPOSED ORDER)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

In re

JERRY W. SMITH,

            Debtor.

Chapter

Case No. 23-22928 (SHL)

------------------------------------------------------------x

## ORDER AUTHORIZING ATTORNEYS
## FOR DEBTOR IN POSSESSION

Upon the Application of Jerry W. Smith, Debtor and Debtor in Possession, for authority to employ T. Edward Williams, Esq., and the law firm of Williams LLP as counsel for the Debtor and Debtor in Possession, and upon the Declaration of T. Edward Williams, Esq. indicating that he is a "disinterested person" as defined by § 101(14) of the Bankruptcy Code, and represents no interest adverse to the Debtor and the Debtor-in-Possession herein, or to his estate, in the matters in which he is to be engaged, and finding that the employment is necessary and would be in the best interest of the estate and that the terms of the proposed compensation are reasonable, and due notice having been given and no objections having been filed:

IT IS ORDERED that effective February \_\_\_\_ 2025, Jerry W. Smith, Debtor in Possession, is authorized to employ T. Edward Williams, Esq. and the law firm of Williams LLP as counsel for the Debtor in Possession, under the terms stated in the Application, with compensation subject to approval under § 330 of the Bankruptcy Code.

Dated:     New York, New York
             13 February 2025

                                          BY THE COURT:

                                          _____

                                          U.S. Bankruptcy Judge