**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

In re

JERRY W. SMITH,

Debtor.

Chapter 11
Case No. 23-22928 (SHL) N.Y.

Motion to salvage relationship
with current attorney for cause

---

To: judge Lane

    Dear sir,

I, Jerry Smith, the Debtor in this Bankruptcy, request that Edward William be dismiss as my attorney and that I be permitted to speak and be heard at meeting scheduled for December 11, 2025, and to communicate with the appointed Trustee and all parties in this Bankruptcy until I can obtain a new Lawyer. I further request that I be granted time to obtain a new lawyer as attorney Williams, has lied to me from day one and failed to perform his contractual obligations.

I was never informed, that the court had denied my Objection, as I was being told that the meeting scheduled for December 11,2025, was for me to explain to you why I was not trying to get my house for free. He lied and lied, about filing a Motion to dismiss Bank of New York Mellon's Proof of Claim for months that was the reason he was hired. He agreed to file both, a Motion to Dismiss and an Adversary Proceedings for which I agreed to pay him $10,000,00, of which I paid him $7,000.00 at the signing of the agreement and +agreed to pay him the remaining $3,000.00, after he filed the Motion to Dismiss the Proof of Claims and Adversary Proceedings. Furthermore, I had requested to be present and participating in all hearings and appearances, but he denied me that request. He continued to demand that I pay that $3, 000.00, without having filed neither, the Motion to Dismiss nor the Adversary Complaint. He would say that he was going to file a motion and later refuse to file that same motion. On October 30. 2025, Edward Williams

informed me that he is no longer my attorney and that he will no longer appear before this court as my attorney, or make any motions before this court as my attorney and that I could file the motion myself, that led me to write this letter.

Therefore, I respectfully request that I be allow to appear before this court and explain why an Order should be granted dismissal of Edward Williams as my attorney, and granting me a return of retainer fee of $4,000.00 from Edward Williams for his failure to file motion and Adversary Complaint, as agreed in the Retainer Agreement, and where he has done nothing to protect and defend all of my rights in this Bankruptcy.

Dated: Ossining New York 10562
November 3, 2025

Jerry Smith/Debtor
75 Spring Valley Rd.
Ossining New York 10562

914 762-2921

cc: Edward Williams
    edward@williamsllp.com